1  [COUNSEL LISTED
2  ON SIGNATURE PAGE]

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. CV 06-80024-MISC-JW (PVT) |
| Plaintiff, | [Civil Action No. 2-05cv-94, E.D. Tex .] |
| vs. | **STIPULATED AND [PROPOSED] ORDER REGARDING LEAVE TO FILE HYNIX'S SUR-REPLY AND TESSERA'S RESPONSE TO HYNIX'S SUR-REPLY** |
| MICRON TECHNOLOGY, INC., a Delaware corporation, MICRON SEMICONDUCTOR PRODUCTS, INC., an Idaho corporation, INFINEON TECHNOLOGIES AG, a German corporation, INFINEON TECHNOLOGIES RICHMOND, LP, a Delaware corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORP., a Delaware corporation, | Date:   March 21, 2006<br>Time:   10:00 a.m.<br>Courtroom: Five, Fourth Floor<br><br>Honorable Patricia V. Trumbull |
| Defendants. | |

1  WHEREAS, Hynix Semiconductor America, Inc. ("Hynix") seeks leave to file a Sur-reply
2  in opposition to Tessera Inc.'s Motion for Production of Documents Pursuant to Subpoena to
3  Hynix in order to respond to the argument in Tessera's reply brief that Hynix may simply turn
4  over documents produced by Hynix in previous antitrust litigations, an argument Hynix contends
5  to be new.

6  WHEREAS, while Tessera Inc. ("Tessera") does not agree that the argument to which
7  Hynix wishes to respond is new, Tessera agrees not to oppose Hynix's request for leave to file a
8  Sur-reply, so long as Tessera is allowed to respond to that Sur-Reply.

9  **IT IS HEREBY STIPULATED**, by and between counsel for Tessera, on the one hand,
10 and counsel for Hynix, on the other, that Hynix is granted leave to file a sur-reply not to exceed
11 two pages in length (accompanied by, if necessary, a declaration not to exceed two pages in
12 length), and Tessera is granted leave to file a response to that sur-reply not to exceed two pages in
13 length (accompanied by, if necessary, a declaration not to exceed two pages in length).

14 **IT IS SO STIPULATED.**

Alexander F. Wiles (73596) awiles@irell.com
Ellisen S. Turner (224842) eturner@irell.com
Trevor V. Stockinger (226359) tstockinger@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010

Dated: March 9, 2006       By:_____/s/_____
                                Ellisen S. Turner
                           ATTORNEY FOR PLAINTIFF
                           TESSERA, INC.

STIPULATED AND [PROPOSED] ORDER REGARDING LEAVE TO
FILE HYNIX'S SUR-REPLY AND TESSERA'S RESPONSE TO HYNIX'S SUR-REPLY
Case No. CV 06-80024-MISC-JW (PVT)

- 1 -

| | |
|---|---|
| 1 | Kenneth L. Nissly (77589) kennisly@thelenreid.com |
| 2 | Keith L. Slenkovich (129793) kslenkovich@thelenreid.com |
|   | Susan van Keulen (136060) svankeulen@thelenreid.com |
| 3 | Karen S. Reeves (183995) kreeves@thelenreid.com |
|   | THELEN REID & PRIEST LLP |
| 4 | 225 West Santa Clara, 12th Floor |
|   | San Jose, California 95113-1723 |
| 5 | Telephone: (408) 292-5800 |
|   | Facsimile: (408) 287-8040 |

Dated: March 9, 2006      By: _____/s/_____
                                Keith L. Slenkovich
                             ATTORNEY FOR NONPARTY
                             HYNIX SEMICONDUCTOR AMERICA, INC

I, Keith L. Slenkovich, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 9, 2006           _____/s/_____
                                Keith L. Slenkovich
                             ATTORNEY FOR NONPARTY
                             HYNIX SEMICONDUCTOR AMERICA, INC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 10, 2006           /s/ Patricia V. Trumbull
                                _____
                                HONORABLE PATRICIA V. TRUMBULL

STIPULATED AND [PROPOSED] ORDER REGARDING LEAVE TO
FILE HYNIX'S SUR-REPLY AND TESSERA'S RESPONSE TO HYNIX'S SUR-REPLY
Case No. CV 06-80024-MISC-JW (PVT)

- 2 -